# EXHIBIT C

**VOLVO** | INCREASED PROTECTION

# Prepaid Maintenance



## Making Your Life Less Complicated

Realize up to 20% savings with a Prepaid Maintenance Plan compared to purchasing individual required maintenance services throughout the ownership of your vehicle.*

## Protection From Inflation

By prepaying for factory recommended maintenance services, savings are locked in and protected against future cost increases for parts and services. You'll enjoy peace of mind and the confidence that your Volvo will be properly maintained as long as your maintenance plan is in place.

* May vary based on model, year and/or dealership.

## Purchase a Plan That's Right for You

Plans may be purchased at point of vehicle purchase and included into your monthly payments, or purchased at any time provided the vehicle meets the age and mileage parameters.

**OTHER PLAN BENEFITS**

- Work is performed by Volvo trained technicians using Volvo Genuine Parts, special tools, and advanced diagnostics
- Prepaid Maintenance will be honored at any authorized Volvo dealership
- Plans can be transferred to subsequent owners potentially increasing the vehicle resale value

## Membership in Driver's Onecard

The membership program of Cross Country Motor Club, Inc. includes Key Replacement Service which reimburses for repairs or replacement of one key and/or key fob annually; $400 limit per repair or replacement.

The recommended "Service Operations" (listed in the chart below) are vital to the life of your vehicle and help ensure your Volvo performs at its peak.

## Model Year 2016-Newer

**PREPAID MAINTENANCE AND MILEAGE**
Dependent on vehicle age and mileage at time of purchase, you can purchase 2, 3, 5 or 7 maintenance services.

The Volvo Prepaid Maintenance plan includes the recommended factory scheduled maintenance as stated in the owner's manual. For complete details, please refer to the Prepaid Maintenance contract.

| Service Operations Performed | Factory Recommended Service Intervals |||||||||
|---|---|---|---|---|---|---|---|---|---|
| | 10K | 20K | 30K | 40K | 50K | 60K | 70K | 80K | 90K | 100K |
| Synthetic engine oil and filter, replace | Complimentary ||| √ | √ | √ | √ | √ | √ | √ |
| Service Reminder Indicator (SRI), reset | Complimentary ||| √ | √ | √ | √ | √ | √ | √ |
| Fuel lines and fuel filter, check for leaks and damage | | | | √ | | | | √ | | |
| Exhaust system, check for leaks and mounting | | | | | | √ | √ | √ | √ | √ |
| Engine air cleaner, replace | | | | √ | | | | √ | | |
| Spark plugs, replace | | | | | | | √ | | | |
| Coolant level, check/adjust | Complimentary ||| √ | √ | √ | √ | √ | √ | √ |
| Power steering fluid level, check/adjust | Complimentary ||| √ | √ | √ | √ | √ | √ | √ |
| Steering/front suspension, check for wear | | | | | | √ | √ | √ | √ | √ |
| Rear suspension, check for wear | | | | | | √ | √ | √ | √ | √ |
| Automatic transmission fluid level, check/adjust | | | | | √ | | | | | √ |
| Driveshaft joints, check for wear/play | | | | | | √ | | √ | | √ |
| Washer fluid level, check/adjust | Complimentary ||| √ | √ | √ | √ | √ | √ | √ |
| Wiper blades and washers, check | Complimentary ||| √ | √ | √ | √ | √ | √ | √ |
| Cabin air filter, replace | | 20K Complimentary || √ | | √ | | √ | | √ |
| Brake fluid level, check/adjust | Complimentary ||| √ | √ | √ | √ | √ | √ | √ |
| Brake fluid, replace | | | | √ | | | | √ | | |
| Brake pads/discs, check | Complimentary ||| √ | √ | √ | √ | √ | √ | √ |
| Brake hoses and lines, check for damage/leaks | | | | √ | | | | √ | | |
| Wheels and tires, check pressure/wear/condition | Complimentary ||| √ | √ | √ | √ | √ | √ | √ |

For a complete listing of checks/adjustments, refer to your Volvo Warranty & Maintenance booklet or www.volvocars.com/us. Additional maintenance may be required according to your driving habits, mileage driven and local environment.



Administered by:
Fidelity Warranty Services, Inc.
P.O. Box 8567
Deerfield Beach, FL 33443
Florida License# 60026

© Copyright 2020. Jim Moran & Associates, Inc. All rights reserved.

"Volvo" and the Volvo logo are registered trademarks of Volvo Car Corporation. All imagery is the property of Volvo Car Corporation.

CS 11658 09/2020

VOLVO