# EXHIBIT D

 VOLVO CAR USA SUPPORT

Topic    Factory Scheduled Maintenance

# Volvo Prepaid Maintenance Plan

Continued regular maintenance is extremely important for the health of your new Volvo and now we have made it convenient with a Volvo Prepaid Maintenance Plan.

Purchasing a Volvo Prepaid Maintenance Plan is a simple and convenient way to manage the maintenance process. It protects your investment and helps save you money by locking in Service and Parts pricing at the time of purchase.  The Prepaid Maintenance plan begins when the first three complimentary maintenance services have expired.  Depending on the model, you can save up to 20% in maintenance costs, receive the convenience of having paid for it in advance and having greater peace of mind that the services will be performed by our factory-certified technicians using Volvo genuine parts, precision tools and advanced diagnostics.  Please see our brochure for further information on Volvo's Prepaid Maintenance.  For complete program details, refer to the contract.

We offer different coverage levels for Volvos model year 2013 and newer as well as 2008 to 2012 models:

**For Model Year 2016 and Newer** we offer maintenance plans up to 100,000 miles. The plans may be purchased at time of vehicle sale or up to 80,000 miles.  We offer plans for purchase with 2, 3, 5 or 7 maintenance services for total coverage up to 7 years and 100,000 miles.

Volvo's Prepaid Maintenance Plan includes the following:

- Factory recommended services as per the owner's manual
- All services performed using Volvo Genuine Parts
- Maintenance plans include key protection.  One reimbursement for repair or replacement of one key and/or key fob annually (maximum of up to $400).
- National Toll-Free Roadside Assistance

**Note**: The complete Terms & Conditions can be found in your Vehicle Service Contract. Volvo Prepaid Maintenance Plans are valid at any authorized Volvo dealer in the country.  The plans do not cover tire rotation.

**For Model Year 2015 and older** Volvo offers a Classic Oil Service plan.  Choose between 3, 5 and 7 oil services which includes oil, filter and gasket replacement, key protection and multi-point vehicle inspection on 7,500 and 10,000 mile maintenance intervals.  While this plan will help keep your older vehicle performing at its best, from time to time your dealer representative may recommend other additional factory scheduled maintenance services to ensure your vehicle stays running at its peak performance.  This plan also includes key protection service (maximum of up to $400), 24-hour Roadside Assistance, $50 per occurrence and Emergency Towing Coverage, $50 per occurrence.

**FileAttachments**

- [Volvo Prepaid Maintenance Brochure](#) *(2.17 MB)*

*Last Updated: 01/30/2020 04:04 PM*

Print    Email    Share

## Have a question on this article?

Ask us

## Questions others found helpful

Where can I have my factory scheduled maintenance (FSM) performed?

Do I have to pay for maintenance on the Volvo?

Recommended Factory Scheduled Maintenance (FSM) for your Volvo

Volvo Genuine Oil Filter

When do you recommend I take delivery?

EMAIL           CALL           WRITE

Lifestyle Collections ☐     NHTSA Recalls ☐     Recall Information ☐     Accessories ☐     Register Your Volvo ☐

Get News from Volvo ☐

☐    ☐    ☐    ☐    ☐