## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Colony Place South, Inc. et al
      Plaintiff(s)

v.                       CIVIL ACTION NO. 1:21-11226-GAO

Volvo Car USA LLC et al
      Defendant(s)

### JUDGMENT IN A CIVIL CASE

O'TOOLE     U.S.D.J.

**IT IS ORDERED AND ADJUDGED:**

In accordance with the court's ELECTRONIC ORDER (Dkt. No. 79), dated August 29, 2023, the defendant's motion for Summary Judgment (Dkt. No. 60) is GRANTED.

**Judgment shall enter for the defendants.**

                                                   ROBERT M. FARRELL
                                                   CLERK OF COURT

Dated: 8/29/2023                              /s/ Flaviana de Oliveira
                                                         Deputy Clerk